```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 24586
   EDWARD JAMES KARAS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8158

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/21/2005 and was confirmed 08/03/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 06/11/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  PRIORITY         14616.01        181.37        3819.05
ECAST SETTLEMENT CORP     UNSEC W/INTER     4936.81        382.40        3767.89
HORSESHOE CASINO          UNSEC W/INTER     8000.00        699.70        6105.80
RESURGENT ACQUISITION LL  UNSEC W/INTER     7088.06        513.60        5409.78
RESURGENT ACQUISITION LL  UNSEC W/INTER     1498.31        108.55        1143.54
PREMIER BANCARD CHARTER   UNSEC W/INTER      453.51         40.13         345.97
FORD MOTOR CREDIT         SECURED              .00            .00            .00
FORD MOTOR CREDIT         SECURED              .00            .00            .00
CAB WEST LLC              COST OF COLLE      325.00           .00         325.00
INTERNAL REVENUE SERVICE  UNSECURED          420.64           .00            .00
PETER FRANCIS GERACI      DEBTOR ATTY          .00                          .00
TOM VAUGHN                TRUSTEE                                       1,364.79
DEBTOR REFUND             REFUND                                            .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE            24,207.57

PRIORITY                                  3,819.05
    INTEREST                                181.37
SECURED                                     325.00
UNSECURED                                16,772.98
    INTEREST                              1,744.38
ADMINISTRATIVE                                 .00
TRUSTEE COMPENSATION                      1,364.79
DEBTOR REFUND                                  .00
                   ---------------     ---------------
TOTALS             24,207.57             24,207.57
```

PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 24586 EDWARD JAMES KARAS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                     /s/ Tom Vaughn
Dated: 09/24/08                      _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```